UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-06540-RGK-SKx | Date | August 29, 2024 |
|---|---|---|---|
| Title | Royshonda Lewis v. Yelp Inc. et al | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**  (IN CHAMBERS) **ORDER REMANDING ACTION**

This action is hereby remanded in its entirety to state court based on the forum defendant rule, 28 U.S.C. § 1441(b)(2), which was not waived by Plaintiff.

IT IS SO ORDERED.

cc: LAS C, 24STCV15410

: 

Initials of Preparer   JRE/vc